# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 185 MM 2016 |
| Respondent | : | |
| v. | : | |
| SEAN EUGENE TAPP, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of February, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED**.